COURT OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-08-206-CR

 

GUILLERMO
LUGO                                                              
APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

        FROM CRIMINAL DISTRICT
COURT NO. 4 OF TARRANT COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the appellant=s AMotion To
Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. TEX. R. APP. P.
42.2(a).  No decision of this court
having been delivered before we received this motion, we grant the motion and
dismiss the appeal. See id.;  TEX. R. APP. P. 43.2(f).

 

PER CURIAM

 

 

PANEL D:   LIVINGSTON, DAUPHINOT,
and HOLMAN, JJ.








 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: June 26, 2008











[1]See TEX. R.
APP. P. 47.4.